UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 26-1687-GW-JDEx | Date | November 16, 2026 |
| Title | *Jerry Ong v. Costa Azul 17th St., Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS : IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 13, 2026, Plaintiff Jerry Ong filed a Notice of Settlement [16]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for December 17, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on December 15, 2026.

: 

Initials of Preparer JG